1114

No. 98–1482.  AVR, INC. v. CITY OF ST. LOUIS PARK.  Ct. App. Minn.  Certiorari denied.

No. 98–1486.  GREATER BAY AREA ASSOCIATION OF PLUMBING AND MECHANICAL CONTRACTORS v. MECHANICAL CONTRACTORS ASSOCIATION OF NORTHERN CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 98–1487.  DIEDERICH v. COUNTY OF ROCKLAND ET AL. C. A. 2d Cir.  Certiorari denied.

No. 98–1489.  BARNES ET AL. v. AMERICAN TOBACCO CO., INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–1490.  HALL ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CORAM HEALTHCARE CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–1491.  GLOBE INTERNATIONAL, INC. v. KHAWAR.  Sup. Ct. Cal.  Certiorari denied.

No. 98–1499.  LONGTIN v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 98–1504.  COMEAUX v. UNITED FOOD AND COMMERCIAL WORKERS LOCAL UNION NO. 455 ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1507.  LEE v. DIRECT AUTO, INC.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–1515.  MILLION v. SALAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1517.  REINHARDT ET AL. v. REINHARDT ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 98–1518.  HARROW v. DON WILLIAMS CORP. ET AL.  Cir. Ct. Fla., Hillsborough County.  Certiorari denied.